NUMBERS 13-05-040-CR and 13-05-041-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

SAMMY GENE BOHANON,                                                Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
__________________________________________________________________

On appeal from the 179th District Court of Harris County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, SAMMY GENE BOHANON, perfected appeals from judgments entered
by the 179th District Court of Harris County, Texas, in cause numbers 987508 and
983078. Appellant has filed a motion to withdraw his appeals. The motion complies
with Tex. R. App. P. 42.2(a).
 
         The Court, having considered the documents on file and appellant’s motion to
withdraw appeals, is of the opinion that appellant's motion to withdraw appeals should
be granted. Appellant's motion to withdraw appeals is granted, and the appeals are
hereby DISMISSED.
                                                                                 PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed 
this the 3rd day of March, 2005.